# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD J. PANNOZZI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DELOITTE CONSULTING, LLP,<br><br>Defendant. | Civil Action No. 1:24-cv-00524<br><br>(Consolidated with:<br>1:24-cv-00526-MRD-LDA;<br>1:24-cv-00527-MRD-LDA;<br>1:24-cv-00554-MRD-LDA;<br>1:25-cv-00010-MRD-LDA; and<br>1:25-cv-00023-MRD-LDA) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Julia Barrett Bates hereby withdraws her appearance on behalf of Defendant Deloitte Consulting, LLP ("Deloitte"). Deloitte will continue to be represented by King & Spalding LLP and Nixon Peabody LLP.

Respectfully submitted,

/s/ *Julia Barrett Bates*
Julia Barrett Bates (*Pro Hac Vice*)
Phyllis B. Sumner (*Pro Hac Vice*)
Elizabeth D. Adler (*Pro Hac Vice*)
Charles G. Spalding, Jr. (*Pro Hac Vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Suite 1600
Atlanta, GA 30309
Tel:   (404) 572-4600
Fax:   (404) 572-5140

Dated:  April 16, 2025

Email:  jbates@kslaw.com
psumner@kslaw.com
eadler@kslaw.com
cspalding@kslaw.com

        */s/ Jeffrey S. Brenner*
        Jeffrey S. Brenner (#4369)
        Erik C. Lindstedt (#10522)
        **NIXON PEABODY LLP**
        One Citizens Plaza, 5th Floor
        Providence, RI  02903
        Tel:     (401) 454-1042
        Fax:    (866) 947-0883
        Email:  jbrenner@nixonpeabody.com
              elindstedt@nixonpeabody.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 16th day of April, 2025, an exact copy of the within Notice of Withdrawal was electronically filed with the Electronic Case Filing system of the United States District Court for the District of Rhode Island and served upon counsel electronically through the Court's CM/ECF system.

        */s/Jeffrey S. Brenner*
        Jeffrey S. Brenner (#4369)