# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD J. PANNOZZI, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DELOITTE CONSULTING, LLP, <br><br> Defendant. | Civil Action No. 1:24-cv-00524 <br><br> (Consolidated with: <br> 1:24-cv-00526-MRD-LDA; <br> 1:24-cv-00527-MRD-LDA; <br> 1:24-cv-00554-MRD-LDA; <br> 1:25-cv-00010-MRD-LDA; and <br> 1:25-cv-00023-MRD-LDA) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Charles G. Spalding, Jr. hereby withdraws his appearance on behalf of Defendant Deloitte Consulting, LLP ("Deloitte").  Deloitte will continue to be represented by King & Spalding LLP and Nixon Peabody LLP.

                                                Respectfully submitted,

                                                */s/ Charles G. Spalding, Jr.*
                                                Julia Barrett Bates (*Pro Hac Vice*)
                                                Phyllis B. Sumner (*Pro Hac Vice*)
                                                Elizabeth D. Adler (*Pro Hac Vice*)
                                                Charles G. Spalding, Jr. (*Pro Hac Vice*)
                                                **KING & SPALDING LLP**
                                                1180 Peachtree Street, N.E.
                                                Suite 1600
                                                Atlanta, GA 30309
                                                Tel:   (404) 572-4600
                                                Fax:   (404) 572-5140

Dated:  July 30, 2025                    Email:  jbates@kslaw.com
                                                          psumner@kslaw.com
                                                          eadler@kslaw.com
                                                          cspalding@kslaw.com

4929-5649-1865.1

        */s/ Jeffrey S. Brenner*
        Jeffrey S. Brenner (#4369)
        Erik C. Lindstedt (#10522)
        **NIXON PEABODY LLP**
        One Citizens Plaza, 5th Floor
        Providence, RI  02903
        Tel:    (401) 454-1042
        Fax:   (866) 947-0883
        Email:  jbrenner@nixonpeabody.com
                 elindstedt@nixonpeabody.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of July, 2025, an exact copy of the within Notice of Withdrawal was electronically filed with the Electronic Case Filing system of the United States District Court for the District of Rhode Island and served upon counsel electronically through the Court's CM/ECF system.

        */s/Jeffrey S. Brenner*
        Jeffrey S. Brenner (#4369)

2