# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD J. PANNOZZI, PAOLA BALDOMAR, MEREDITH BRANDT, MONICA DEPINA, MEGHAN KONOPKA, JOAN RATCLIFFE, and RENEE TRIGUEIRO, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiffs,<br><br>  v.<br><br>DELOITTE CONSULTING LLP,<br><br>    Defendant. | CASE NO. 1:24-CV-00524-MRD-LDA<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF PATRICK M. PASSARELLA OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**<br><br>Date: January 29, 2026<br>Time: 11:00 AM ET<br>Dept: Courtroom 4<br><br>The Hon. Melissa R. Dubose |

I, Patrick M. Passarella, declare as follows:

## INTRODUCTION

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2. This declaration supplements the *Declaration of Patrick M. Passarella of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement.

December 15, 2025 (the "Initial Declaration"), in order to provide updated information to the Court regarding Claim Activity and the number of requests for exclusion received by Kroll. The Initial Declaration is incorporated herein by reference in its entirety.

## CLAIM ACTIVITY

3. The Claim Form Deadline was on January 14, 2026.

4. Kroll has received 20,702 Claim Forms through the mail and 26,438 Claim Forms filed electronically through the Settlement Website. Kroll is still in the process of reviewing and validating Claim Forms.

5. 47,140 Claims filed means that 6.5% of the Settlement Class participated in the Settlement. This percentage is significantly higher than what is typically seen in data breach settlements.

## OPT-OUTS AND OBJECTIONS

6. The Opt-Out Deadline and Objection Deadline was December 30, 2025.

7. Kroll has received 35 timely requests to opt-out of the Settlement and zero objections to the Settlement. A list of those Settlement Class Member who timely and validly opted-out is attached hereto as **Exhibit A.**

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on January 22, 2026, in Summerville, South Carolina.

_____
PATRICK M. PASSARELLA

# Exhibit A

# Exclusion List

| Count | First Name | Last Name |
|---|---|---|
| 1 | AMANDA | KELLY |
| 2 | ANGELO | ROSSI |
| 3 | BARBARA | ROSSI |
| 4 | BONNIE | ARNOLD |
| 5 | BRIANA | ROBERTSON |
| 6 | BRYAN | MOLINA |
| 7 | CYNTHIA | DOWNING |
| 8 | CYNTHIA | KELLY |
| 9 | DANIEL | SLOAT |
| 10 | DAVID | SCUNGIO |
| 11 | DEBORAH | SCHULTZ |
| 12 | DOREEN | ROBERTSON |
| 13 | EISLEY | MONAGHAN |
| 14 | JASON | AXTELL |
| 15 | JASON | SCHULTZ |
| 16 | JAYDEN | DIXON |
| 17 | KAREN | JOHNSON |
| 18 | KAREN | ROGERS |
| 19 | KATHLEEN | DUFFY |
| 20 | KENYON | ROBERTSON |
| 21 | KURT | SCHEEL |
| 22 | LAIDA | KEARNEY |
| 23 | LAURA | SIOMIAK |
| 24 | LAUREN | ROSSI |
| 25 | LEANA | ANTONUCCI |
| 26 | MAGDALENA | MICHALINA PYTEL |
| 27 | MARGURITE | DAMBRA |
| 28 | MICHAEL | LEES |
| 29 | MICKEDA | BARNES |
| 30 | MORGAN | KELLY |
| 31 | RAYNA | MEDICI |
| 32 | ROBERT | ROGERS |
| 33 | SAMANTHA | PRZYBYLOWICZ |
| 34 | SIDNEY | ROBERTSON |
| 35 | TAYLA | SCUNGIO |