# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD J. PANNOZZI, PAOLA BALDOMAR, MEREDITH BRANDT, MONICA DEPINA, MEGHAN KONOPKA, JOAN RATCLIFFE, and RENEE TRIGUEIRO, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE CONSULTING LLP,<br><br>Defendants. | C.A. No. 1:24-cv-00524-MRD-AEM |

## FINAL JUDGMENT

Pursuant to the Final Approval Order of this Court entered on January 29, 2026, granting final approval of the class action settlement (the "Order") [Dkt. No. 37] and in accordance with the Federal Rules of Civil Procedure 54(b) and 58, JUDGMENT is hereby entered as to the claims and relief outlined in the Order.

_____
Melissa R. DuBose
United States District Judge

DATE: January 30, 2026

1